**Order entered November 25, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00209-CV

### FLUOR INTERCONTINENTAL, INC., Appellant

### V.

### DAVID DAWSON, Appellee

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 09-15340**

## ORDER

The reporter's record in this appeal was requested by appellant on December 20, 2012 and was due to be filed February 15, 2013. Despite multiple follow-up communications from appellant, multiple directives from this Court to file the record, and a November 5, 2013 order from this Court directing that arrangements be made for a substitute reporter if necessary so that the record could be filed by November 15, 2013, Vielica Dobbins, Official Court Reporter of the 134th Judicial District Court, has yet to file the record and has not otherwise communicated with the Court. Accordingly, we **ORDER** court reporter Vielica Dobbins to file the reporter's record by **DECEMBER 5, 2013**. We further **ORDER** that Vielica Dobbins not sit as a court reporter until she has filed the record.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Dale Tillery, Presiding Judge, 134th Judicial District Court; Vielica Dobbins; and counsel for all parties.

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE